■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROSS ANTHONY BELK, Appellant. [656 NYS2d 924] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Starkey, J.), rendered November 3, 1995, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the court erred in its charge on reasonable doubt is unpreserved for appellate review (*see,* CPL 470.05 [2]). In any event, the defendant's claim is meritless. The charge, as a whole, contained extensive, accurate instructions on the burden of proof and conveyed the correct standard (*see, People v Fields,* 87 NY2d 821).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80). Ritter, J. P., Altman, Krausman and Luciano, JJ., concur.